*State, Respondent, v. Piggee, Petitioner*, No. 91332-3. Petition for review of a decision of the Court of Appeals, No. 70993-3-I, January 12, 2015, 185 Wn. App. 1019. *Denied* June 3, 2015.

*State, Respondent, v. Martinez-Casillas, Petitioner*, No. 91336-6. Petition for review of a decision of the Court of Appeals, No. 70652-7-I, January 12, 2015, 185 Wn. App. 1019. *Denied* June 3, 2015.

*City of Bothell, Respondent, v. Levine, Petitioner*, No. 91339-1. Petition for review of a decision of the Court of Appeals, No. 70241-6-I, January 12, 2015, 185 Wn. App. 1018. *Denied* June 3, 2015.

*Hoggatt et al., Respondents, v. Flores, Petitioner*, No. 91340-4. Petition for review of a decision of the Court of Appeals, No. 45589-7-II, February 3, 2015, 185 Wn. App. 764. *Denied* June 3, 2015.

*Dudgeon, Petitioner, v. Boyer, Respondent*, No. 91341-2. Petition for review of a decision of the Court of Appeals, No. 46032-7-II, January 27, 2015, 185 Wn. App. 1037. *Denied* June 3, 2015.

*State, Respondent, v. Dunya, Petitioner*, No. 91342-1. Petition for review of a decision of the Court of Appeals, No. 68915-1-I, January 20, 2015, 185 Wn. App. 1024. *Denied* June 3, 2015.

*State, Respondent, v. Heurtelou, Petitioner*, No. 91351-0. Petition for review of a decision of the Court of Appeals, No. 71216-1-I, January 26, 2015, 185 Wn. App. 1034. *Denied* June 3, 2015.

*State, Respondent, v. Boswell, Petitioner*, No. 91353-6. Petition for review of a decision of the Court of Appeals, No. 44365-1-II, December 30, 2014, 185 Wn. App. 321. *Denied* June 3, 2015.